FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON A. LOUISVILLE,<br><br>    Petitioner,<br><br>    v.<br><br>A. W. GIBBS,<br><br>    Respondent. | Case No. CV 10-03070 AG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not file any Objections to the R&R. IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: October 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE