ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON A. LOUISVILLE, | Case No. CV 10-03070 AG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| A. W. GIBBS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
NOV - 1 2010
BY _____ 178